UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALD CARROLL-BEY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:17-CV-02011-JAR |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion to proceed in forma pauperis on appeal. Movant has not, however, filed an actual notice of appeal, which must be filed if movant wishes to appeal the dismissal of his motion to vacate in this action. *See* Rule 4(a) of the Federal Rules of Appellate Procedure.

If movant wishes to appeal this Court's Order of Dismissal, he must file his notice of appeal within thirty (30) days of the date the Order of Dismissal was entered on July 28, 2017. *See* Fed.R.App.P.4(a). If movant fails to do so in a timely manner, his time to appeal will have passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will hold movant's motion to proceed in forma pauperis in abeyance at this time.

Dated this 21st day of August, 2017.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE