UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALD CARROLL-BEY, | ) |
| Movant, | ) |
| v. | ) No. 4:17-CV-2011 JAR |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

After review of movant's financial affidavit, the Court will grant movant's motion to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** plaintiff's motion for leave to proceed in forma pauperis on appeal [Doc. #5] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to process movant's Notice of Appeal.

Dated this 6th day of September, 2017.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE